# Court of Appeals
# of the State of Georgia

ATLANTA,___March 27, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15I0151.  JASON GRAHAM et al. v. WELLSTAR HEALTH SYSTEM, INC. et al.

Jason Graham, Joy Scoggins, and Aubrey Tap seek immediate review of the trial court's order granting partial summary judgment to Defendants David Howell, Wellstar Health System, and Clarence Hendrix on their simple negligence claims in this wrongful death action. Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-28 (386 SE2d 884) (1989).

We will grant a timely application for interlocutory appeal if the order complained of is subject to direct appeal and the applicants have not otherwise filed a timely notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. The plaintiffs shall have ten days from the date of this order to file a notice of appeal in the trial court. If they have already filed a notice of appeal from the order at issue here, they need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,_____03/27/2015_____
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.